```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 11-05045-RNO
Peter M. Fox                                                        Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5         User: TWilson            Page 1 of 1          Date Rcvd: Jul 12, 2016
                             Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2016.
db             +Peter M. Fox, Jr.,    RR1 Box 1001,    Dingmans Ferry, PA 18328-9701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              John Arpad Poka    on behalf of Debtor Peter M. Fox, Jr. jpoka@optonline.net
              Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pa-bk@logs.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Peter M. Fox, Jr.<br>Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC<br>Movant,<br>v.<br>Peter M. Fox, Jr.<br>Debtor,<br>Charles J. DeHart, III, Trustee,<br>Additional Respondent(s). | BANKRUPTCY CASE NUMBER<br>11-05045/RNO<br><br>11 U.S.C. § 362 |

**O R D E R**

AND NOW, upon the consideration of the Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion, it is hereby ORDERED and DECREED that Debtors' Loan Modification with Nationstar Mortgage LLC with respect to the property located at 112 Mink Road, Delaware Township, PA 18328 is hereby APPROVED.

By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge
(DG)

Dated: July 12, 2016