# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Peter M. Fox  
      Debtor(s)

BKY. NO. 11-05045 RNO

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE, LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2502

Respectfully submitted,

**/s/ Thomas Puleo**  
Thomas Puleo, Esquire  
James C. Warmbrodt, Esquire  
KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106-1532  
(215) 825-6306  FAX (215) 825-6406  
Attorney for Movant/Applicant